**SEALED**

FILED
November 04, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____BC_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>████████<br>PATRICK ARGUELLO (2);<br>ERNESTO RINCON (3);<br>OMAR CASTANEDA-HERNANDEZ (4);<br>████████<br><br>Defendants. | **INDICTMENT**<br><br>Case No. **5:20-CR-0509-OLG**<br><br>COUNT I: 21 U.S.C. §846, 841(a)(1) & (b)(1)(A) – Conspiracy to Possess with Intent to Distribute More Than 500 Grams of a Mixture or Substance Containing Methamphetamine<br><br>COUNT II: 21 U.S.C. §841(a)(1), (b)(1)(B) & 18 U.S.C. § 2 – Possession with Intent to Distribute More Than 50 Grams of a Mixture or Substance Containing Methamphetamine<br><br>COUNT III: 21 U.S.C. §841(a)(1), (b)(1)(A) & 18 U.S.C. § 2 – Possession with Intent to Distribute More Than 500 Grams of a Mixture or Substance Containing Methamphetamine<br><br>COUNT IV: 21 U.S.C. §841(a)(1), (b)(1)(A) & 18 U.S.C. § 2 – Possession with Intent to Distribute More Than 500 Grams of a Mixture or Substance Containing Methamphetamine<br><br>COUNT V: 21 U.S.C. §841(a)(1), (b)(1)(A) & 18 U.S.C. § 2 – Possession with Intent to Distribute More Than 500 Grams of a Mixture or Substance Containing Methamphetamine |

THE GRAND JURY CHARGES:

**COUNT ONE**
[21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)]

That beginning in or around July 27, 2020, and continuing to on or about August 5, 2020, in the Western District of Texas, Defendants

████████

PATRICK ARGUELLO (2),
ERNESTO RINCON (3),

OMAR CASTANEDA-HERNANDEZ (4), and

did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with other persons, to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A).

## COUNT TWO
[21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 18 U.S.C. § 2]

That on or about July 27, 2020, in the Western District of Texas, Defendants

### PATRICK ARGUELLO (2),

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and 18 U.S.C. Section 2.

## COUNT THREE
[21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 18 U.S.C. § 2]

That on or about August 5, 2020, in the Western District of Texas, Defendants

### ERNESTO RINCON (3)

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. Section 2.

## COUNT FOUR
[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)]

That on or about August 5, 2020, in the Western District of Texas, Defendant

**PATRICK ARGUELLO (2)**

did knowingly, intentionally and unlawfully possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT FIVE
[21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), and 18 U.S.C. § 2]

That on or about August 5, 2020, in the Western District of Texas, Defendants

**OMAR CASTANEDA-HERNANDEZ (4) and**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and 18 U.S.C. Section 2.

GREGG N. SOFER
UNITED STATES ATTORNEY

BY: _____
ERIC YUEN
Assistant United States Attorney