UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO:  SA:20-CR-00509(1,4,5)-OLG |
| | § | |
| (1) SATRICK WARNER | § | |
| (4) OMAR CASTANEDA-HERNANDEZ | § | |
| (5) ERNESTO RAMON | § | |

*ORDER GRANTING CONTINUANCE*
*AND AMENDING SCHEDULING ORDER*

The matters before the court are Defendants' Unopposed Motions for

Continuance filed *in this case [dkt. #146 & #147]*, after reviewing the motions, it is

the opinion of the Court that the motions should be granted and that the trial in this

case should be and is continued as to all defendants listed above.

The Court further finds that the period between *Wednesday, February 23,*

*2022 and Monday, April 04, 2022,*  is a reasonable period of necessary delay to

allow counsel time for preparation for trial and further finds that such period shall

be excluded from the time within which the defendant must be brought to trial and

that the ends of justice served by taking such action outweighs the best interest of

the public and the defendant in a speedy trial under the Speedy Trial Act pursuant

to Title 18, United States Code, Section 3161(h)(7)(A).

This case shall proceed on the following amended schedules:

Pursuant to Federal Rules of Criminal Procedure 11(c) and the holding of the Fifth Circuit Court of Appeals in <u>United States of America v. Ellis</u>, 547 F.2d 863 (5th Cir. 1977), the ***deadline*** for notifying the Court of any ***plea bargain*** or ***plea agreement*** entered into by the parties in this cause is *Thursday, March 24, 2022*. The Court will not accept a plea agreement after the aforementioned deadline. Should a plea agreement be reached and filed in this case and absent written objection filed contemporaneously therewith, this case will be referred to a United States Magistrate Judge for the purpose of administering the plea of guilty and the Fed. R. Crim. P. 11 allocution, subject to final approval and the imposition of sentence by the United States District Court.

## ***PRETRIAL MATTERS***

Motions in Limine shall be filed on *Thursday, March 10, 2022*.

Responses to motions in limine shall be filed on *Thursday, March 24, 2022*.

Jury selection and trial are reset for *Monday, April 04, 2022 at 9:30 a.m. in Courtroom C, on the Second Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas*.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for the defendant, the United States Attorney, the United States Pretrial Services and the United States Probation Office. ***Counsel***

***for the defendant shall also notify the defendant of this schedule*** and advise the

defendant that he must be present for all court proceedings unless excused by the

Court.

   Signed this 22nd day of February, 2022

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE