**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| VS | § | NO. SA:20-CR-00509-OLG-4 |
| | § | |
| **OMAR CASTANEDA-HERNANDEZ** | § | |

**DEFENDANT'S MOTION**
**FOR PERMISSION TO TRAVEL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE, WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

COMES NOW OMAR CASTANEDA-HERNANDEZ, Defendant in the above-entitled and numbered cause, by and through his attorney of record, ALAN BROWN, and files this Motion for Permission to Travel, and in support hereof, Defendant would show the following, to wit:

I.

Defendant is currently out on bail in the above-entitled and numbered cause.

II.

As a condition of bond, the defendant was ordered to stay in San Antonio, TX

III.

The Defendant is respectfully requesting to travel by car to Nueva Rosita, Coahuila, Mexico area on March 18th through 22nd of 2022 to visit family for Spring Break.

IV.

The Defendant has informed counsel that Karla B. Ramos with US Pretrial Services does not oppose this motion.

V.

The Defendant assures the Court she will continue to abide by all conditions of bond imposed by this Court.

WHEREFORE, PREMISES CONSIDERED, Defendant herein prays that this Motion for Permission to Travel be in all things granted.

Respectfully submitted,

LAW OFFICES OF ALAN BROWN
222 MAIN PLAZA
SAN ANTONIO, TEXAS 78205
(210) 227-5103 (O)
(210) 225-2481 (F)

_____
ALAN BROWN
BAR NO. 03090000

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of filing to the following:

U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

_____/S/_____
ALAN BROWN
BAR NO. 03090000

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| VS § | NO. SA: 5:20-CR-00509-OLG-4 |
| § | |
| **OMAR CASTANEDA-HERNANDEZ** § | |

**ORDER**

On this day came Defendant's Motion for Permission to Travel. After consideration of same, this Court is of the opinion that said motion be

(GRANTED)     (DENIED).

SIGNED on this ___ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE